212

174 A.3d 512

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RICKEY
H. WILLIFORD, A/K/A RICKEY H. WILLIFORD, JR., RICKY
H. WILLIFORD, DEFENDANT-PETITIONER.

C–165 September Term 2017
079358

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000476–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

174 A.3d 513

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. SHARIF O. LEE, DEFENDANT-PETITIONER.

C–195 September Term 2017
079422

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004399–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.